IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DESGRANGE AUGUSTIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 318-009 |
| | ) |
| STACEY N. STONE, Warden, McRae | ) |
| Correctional Facility,[1] | ) |
| | ) |
| Respondent. | ) |

_____

**O R D E R**
_____

Petitioner, an inmate at McRae Correctional Facility in McRae, Georgia, has filed an action under 28 U.S.C. § 2241. The record reflects Petitioner has paid the $5.00 filing fee.

The United States Marshal is hereby directed to serve a copy of the petition and this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia. See Fed. R. Civ. P. 4(i).

Respondent is hereby ordered to show cause, in writing, why Petitioner's writ should not be granted by filing a return and response with the Clerk of the U.S. District Court, Post

---

[1]As there is only one named Respondent, Stacey N. Stone, Warden of McRae Correctional Facility, the Court **DIRECTS** the Clerk to update the docket in accordance with the caption on this Order.

Office Box 1130, Augusta, Georgia 30903, within twenty days of the date of service.

SO ORDERED this 13th day of February, 2018, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA