IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DESGRANGE AUGUSTIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 318-009 |
| | ) | |
| STACEY N. STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate currently incarcerated at McRae Correctional Facility in McRae, Georgia, has commenced the above-captioned case pursuant to 28 U.S.C. § 2241 contesting the execution of his sentence of confinement. Petitioner filed a "Request for Priority Handling, Demand for Immediate Release and Notice of Illegal Detention" asking the Court give "priority handling" to his case and grant Petitioner immediate release. (Doc. no. 4.) Respondent has not filed a response, nor has the time to respond expired. (See doc. no. 3.) Accordingly, the Court cannot yet rule on Petitioner's § 2241 petition and **DENIES** Petitioner's request. (Doc. no. 4.)

SO ORDERED this 28th day of February, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA