IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DESGRANGE AUGUSTIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 318-009 |
| | ) | |
| STACEY N. STONE, Warden, McRae Correctional Facility, | ) ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**
_____

Petitioner, an inmate at McRae Correctional Facility in McRae, Georgia, filed the present action under 28 U.S.C. § 2241. Defendant filed a motion to dismiss, which the Court recommended be granted in its April 17, 2018 Report and Recommendation ("R&R"). (Doc. no. 11.) The Court ordered the R&R be served on the parties and gave them until May 4, 2018, to filed objections to the R&R. (Doc. no. 12.)

On May 4, 2018, the Clerk of Court received a letter from Petitioner indicating he is now housed in Stewart Detention Center and requesting a "jury make any decision in this case." (Doc. no. 14.) Petitioner also states he is "looking forward to hearing from the Court . . . soon." (Id.) Based on Petitioner's letter, it appears he may have not received a copy of the Court's R&R. Accordingly, out of an abundance of caution, the Court **DIRECTS** the **CLERK** to re-serve Plaintiff with a copy of the Court's April 17th Order and R&R. (Doc.

nos. 11, 12.) Plaintiff shall have through and including May 29, 2018, to file objections to the R&R.

SO ORDERED this 11th day of May, 2018, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA