IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUN -4 AM 11: 33

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| DESGRANGE AUGUSTIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 318-009 |
| | ) | |
| STACEY N. STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 18). Petitioner "assert[s] that tangible proof exists to support [his] assertion a BP-11 Appeal was filed," but once again fails to produce any such proof. (Id.) Petitioner cannot support his claim with unsubstantiated assertions. Accordingly, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motion for the jury to make any decision in this case (doc. no. 14), **GRANTS** Respondent's motion to dismiss (doc. no. 9), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and

**ENTERS** final judgment in favor of Respondent.

SO ORDERED this _____ day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE