# United States District Court
## Southern District of Georgia

DESGRANGE AUGUSTIN,

    Petitioner,

v.

STACEY N. STONE, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 318-009

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 4, 2018 adopting the Report and Recommendation as the opinion of the Court and overruling Petitioner's objections, that Petitioner's motion for the jury to make any decision in this case is denied as moot, Petitioner's petition is dismissed without prejudice, and the Respondent's motion to dismiss is granted with judgment entered in favor of Respondent. This case stands closed.



06/04/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*